# CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** TRAGER  **DATE:** 4/10/06  **TIME:** _____

**DOCKET NUMBER:** CR-02-1317  **DEFT. NUMBER:** _____

**DEFENDANT:** Ramon Moran
____ Present  ____ Not Present  ✗ In Custody  ✓ On Bail

**ATTORNEY FOR DEFT.:** Peter Antioco
____ C.J.A.  ____ Retained  ____ Legal Aid/PD

**ASST. U.S. ATTORNEY:** Sean Haran

**COURTROOM DEPUTY:** B. Rifkin  **INTERPRETER:** Estrelita Resto
Ext. _____

**COURT REPORTER/ESR OPERATOR:** Shel Silverman

**TAPE NUMBER:** _____

**SENTENCE:** Time Served. Three (3) years Supervised Release.

**DEFT. SENTENCED ON COUNTS:** 1 of indictment

**OPEN COUNTS DISMISSED:** ✓ On Govt.'s Motion,  ____ On Ct.'s Mot.

**FINE:** ~~waived~~ $3,000.00  **SPECIAL ASSESSMENT:** $100.00

**SPECIAL CONDITIONS OF SUPERVISION:**
No firearm
If deported, may not reenter illegally.

**IS SENTENCE STAYED?** ____ Yes  **STAYED UNTIL:** _____
____ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]